|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BERDYEV LAW, P.C.<br>DMITRY KOUNIN, ESQ<br>73 MAIN STREET, SUITE 32<br>WOODBRIDGE, NEW JERSEY 07095<br>(732) 596-1235<br><br>In Re:<br><br>NATALIA BURLUTSKAYA<br><br>LUXURY HOME COLLECTION, LLC,<br>DITOZZI DESIGN, INC., DIANA TOZZI,<br><br>Plaintiffs,<br><br>v.<br><br>NATALIA BURLUTSKAYA,<br><br>Defendant. | Case No.: 12-30357-RG<br><br>Adv. No.: 12-1990<br><br>Judge: Hon. R. Gambardella<br><br>STIPULATION TO DISMISS<br>ADVERSARY PROCEEDING |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that this adversary proceeding be discontinued and dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure made applicable in this adversary proceeding by Bankruptcy Rule 7041.

IT IS FURTHER STIPULATED AND AGREED that copies of signatory pages shall be accepted as though originals.

Dated: Woodbridge, New Jersey
January 20, 2015

ALMONTE LAW FIRM, P.C.

By: /s/ Alexander Almonte
Alexander Almonte, Esq.
2472 McDonald Ave
Brooklyn, New York 11223
Attorneys for Plaintiffs

BERDYEV LAW, P.C.

By: /s/ D. K.
Dmitry Kounin, Esq.
73 Main Street, Suite 32
Woodbridge, New Jersey 07095
Attorneys for Defendant/Debtor

GAMBOURG & BORSEN, LLC

By: /s/
Roman Gambourg, Esq.
2185 Lemoine Ave, B4
Fort Lee, New Jersey 07024
Attorneys for Plaintiffs